[Civil No. 1394.   Filed May 17, 1915.]

[148 Pac. 911.]

PROVIDENT MUTUAL BUILDING–LOAN ASSOCIATION, a Corporation, Appellant, v. A. JOSEPH SCHWERTNER, Guardian ad Litem of MINNIE SCHWERTNER, a Minor, Appellee.

APPEAL from a judgment of the Superior Court of the County of Cochise.   A. C. Lockwood, Judge.   Reversed.

Mr. O. Gibson, for Appellant.

Mr. Lyman H. Hays and Mr. J. T. Kingsbury, for Appellee.

XVII Ariz.—7

ROSS, C. J.—The questions involved in this case are identical with the questions· determined by us in civil cause No. 1355, *Provident Mutual Building-Loan Association* v. *Josef Schwertner, as Guardian,* decided May 6, 1914. and reported in 15 Ariz. 517, 140 Pac. 495. What was said ·in the opinion in that case is applicable to the facts in this case.

Accordingly, the judgment is reversed, and case remanded for new trial, and ·if, upon such trial, any balance be found due appellant on debt, the appellee is to be allowed 60 days in which to pay same, whereupon trust deed should be canceled; and, in case appellee should default ·in making such payment, it is ordered that the action be dismissed.

FRANKLIN and CUNNINGHAM, JJ., concur.